UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :
   CARMEN REID,                                           :
                                    Plaintiff,            :          22 Civ. 9884 (LGS)
                                                          :
                       -against-                          :          ORDER
                                                          :
   SC & BP SERVICES, INC., et al.,                        :
                                    Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated December 9, 2022, required the parties to file a proposed

case management plan and joint letter by January 11, 2023.  The initial pretrial conference is

currently scheduled for January 18, 2023, at 4:10 p.m.

      WHEREAS, Defendants have not appeared.

      WHEREAS, the parties failed to timely submit the joint letter or proposed case

management plan.  It is hereby

      **ORDERED** that the initial pretrial conference is **ADJOURNED** from January 18, 2023,

to **January 25, 2023**, at **4:10 P.M.**  The conference will be telephonic and will take place on the

following line: 888-363-4749; access code: 558-3333.  It is further

      **ORDERED** that, if Plaintiff has been in communication with Defendants, then the parties

shall file the joint status letter and proposed case management plan as soon as possible and no

later than **January 18, 2023**.  If Plaintiff has not been in communication with Defendants, she

shall file a status letter regarding her efforts to provide actual notice to Defendants and request a

further adjournment of the initial conference and no later than **January 18, 2023**.

Dated: January 12, 2023
       New York, New York

                                             LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE