# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

January 18, 2023

**VIA ECF**
The Honorable Lorna G. Schofield, U.S.D.J.
U.S. District Court,
 40 Foley Square
New York, NY 10007

*Application **GRANTED.** The conference scheduled for January 25, 2023, is **ADJOURNED** to **February 22, 2023, at 4:10 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333. By **January 25, 2023**, Plaintiff shall serve the Complaint and Summons on Defendants via Federal Express and file proof of service on ECF. So Ordered.*

*Dated: January 19, 2023*
*New York, New York*

Re:   *Reid v. SC & BP Services, Inc. et al*
      **Case No.: 1:22-cv-09884-LGS**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Honorable Judge Schofield:

This law firm represents Plaintiff Carmen Ried (the "Plaintiff") in the above-referenced matter.

Pursuant to the directive in Your Honor's January 12, 2023 Order [Dckt. No. 8, this letter respectfully serves to request an adjournment of the Initial Case Conference scheduled for January 25, 2023 at 4:10 a.m., to a date and time set by the Court after February 18, 2023.

This is the first request of its nature. If granted, this request will not affect any other scheduled deadlines.

The basis for this request is that Defendants SC & BP Services, Inc., SC & BP1 Services, LLC, BP & SC Services Inc., and Brian Powers (collectively, the "Defendants") have not yet appeared in the action. A short adjournment is needed in order for the undersigned counsel to ensure that Defendants have both actual and constructive notice of the instant lawsuit. The undersigned intends to proceed with the initial case conference once Defendants have appeared, or alternatively, proceed with the filing of a motion for default, in the event of Defendants' continued non-appearance.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/ Jason Mizrahi*
     Jason Mizrahi, Esq.
     60 East 42nd Street, Suite 4700
     New York, New York 10165
     Tel. No.:  (212) 792-0048
     Email: Jason@levinepstein.com
     *Attorneys for Plaintiff*

VIA ECF: All Counsel

1